**DISMISS and Opinion Filed September 19, 2024**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00474-CV**

**JUAN GUERRA, AMANDA CARDENAS, FERNANDO MARIN, KEVIN CLAY, BARRY NIX, SANDRA NIX, JUAN DELTORO, GLEN MOORE, GAIL MOORE, AND ESMERALDA HERNANDEZ,** Appellants
**V.**
**W. LEE CALHOUN, CODY ROBINSON, JASON SPEIGHTS, SPEIGHTS & WORRICH, SPEIGHTS LAW FIRM, LLP, AND WORRICH LAW FIRM, PLLC,** Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-07967**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Appellant appeals from the trial court's March 20, 2024 interlocutory judgment.[1]  Before the Court is appellants' unopposed motion requesting that we dismiss the appeal and remand this case to the trial court for further proceedings.

---

[1] Because the order had conflicting language regarding finality, we ordered the trial court to sign an order clarifying whether it intended the judgment to be final.  The trial court signed an order on September 13, 2024 clarifying that it did not intend the judgment to finally dispose of the case.

We **GRANT** the motion to the extent that we dismiss the appeal.  *See* TEX. R. APP.

P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

240474F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JUAN GUERRA, AMANDA CARDENAS, FERNANDO MARIN, KEVIN CLAY, BARRY NIX, SANDRA NIX, JUAN DELTORO, GLEN MOORE, GAIL MOORE, AND ESMERALDA HERNANDEZ, Appellants

No. 05-24-00474-CV          V.

W. LEE CALHOUN, CODY ROBINSON, JASON SPEIGHTS, SPEIGHTS & WORRICH, SPEIGHTS LAW FIRM, LLP, AND WORRICH LAW FIRM, PLLC, Appellees

On Appeal from the 162nd Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-16-07967. Opinion delivered by Chief Justice Burns. Justices Molberg and Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered September 19, 2024

–3–